UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ZADYS RODRIGUEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, *et al.*,

Defendants.

Case No. 2:26-cv-00056-MMD-MDC

ORDER

Plaintiff Zadys Rodriguez asserts a single claim for violation of the Fair Credit Report Act, 15 U.S.C. § 1681, et seq., alleging that Defendants[1] provided erroneous reports of derogatory credit information to national report agencies and failed to investigate Plaintiff's disputes, resulting in damage to Plaintiff's creditworthiness. (ECF No. 1.) Before the Court is Plaintiff's motion for default judgment against the remaining Defendant, La Curacao, LLC. (ECF No. 31.) The Court finds that default judgment is proper. Plaintiff has satisfied the procedural requirements for default judgment under Federal Rule of Civil Procedure 55(b). The Clerk of Court properly entered a default against Defendants under Rule 55(a) because Defendants have failed to appear after having been properly served. (ECF No. 30.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

It is therefore ordered that Plaintiffs' motion for default judgment (ECF No. 31) is granted. The Court grants default judgment in favor of Plaintiff in the amount of $8,528.50,

[1]Defendants are Equifax Information Services LLC, National Consumer Telecom & Utilities Exchange, Inc., Clarity Services, Inc., and La Curacao, LLC. (ECF No. 1 at 2.) All Defendants other than La Curaco have been dismissed. (ECF Nos. 22, 28, 35.)

reflecting $1,000.00 in statutory damages, $6,833.50 for attorneys' fees and $695 in costs.

The Clerk of Court is directed to enter judgment in favor of Plaintiff in accordance with this order. Because this order resolves the claim against the only remaining Defendant, the Clerk of Court is directed to close this case.

DATED this 20th Day of November 2026.

MIRANDA DU
UNITED STATES DISTRICT JUDGE